**Order entered March 19, 2020**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-19-01192-CV

## THE ESTATE OF LEAH RITA TILLOTSON, DECEASED

### On Appeal from the County Court at Law No. 2
### Hunt County, Texas
### Trial Court Cause No. 18359

## ORDER

Before the Court is appellant's motion for an extension of time to file his reply brief. We **GRANT** the motion and extend the time to March 30, 2020.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE